IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM MCELROY, and MEGAN MCELROY, <br> *Plaintiffs,* <br><br> vs. <br><br> NATIONAL CREDIT AUDIT CORPORATION, and JAMES M. PECK, Individually, <br> *Defendants.* | § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-04244-P |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

Respectfully submitted,

s/Noah D. Radbil
Noah D. Radbil
Texas Bar No. 24071015
Southern District Bar No. 1069583
WEISBERG AND MEYERS, LLC
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, TX 77002
Telephone: (888) 595-9111 ext. 275
Facsimile: (866) 565-1327
noah.radbil@attorneysforconsumers.com

*Attorney-in-Charge for Plaintiff*
ADAM & MEGAN MCELROY

## CERTIFICATE OF SERVICE

I certify that on April 22, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court.

/s/ Noah D. Radbil
Noah D. Radbil