IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM MCELROY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:12-CV-04244-P |
| | § | |
| NATIONAL CREDIT AUDIT CORP. et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## 60-DAY ORDER OF DISMISSAL

The Court having been notified that the parties in the captioned litigation have reached a settlement of all matters in controversy in this action, finds that all claims by all parties in this action are **DISMISSED WITH PREJUDICE,** subject to reopening within sixty (60) days if the settlement is not consummated. All parties shall retain the right to notify the Court in the event that the settlement cannot be consummated within the 60-day time limit imposed by this order and to apply for an extension of this order of dismissal to allow more time to consummate the settlement, or may apply to the court for reopening of this action should the parties not be able to finalize the settlement. If reopening of this action becomes necessary, it shall be reopened as though it had never been closed.

**SO ORDERED** this 26th day of April, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

**60-DAY ORDER OF DISMISSAL - SOLO PAGE**