IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM MCELROY, and MEGAN MCELROY, | § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 3:12-cv-04244-P |
| vs. | § § | |
| NATIONAL CREDIT AUDIT CORPORATION, and JAMES M. PECK, Individually, | § § § § | |
| *Defendants.* | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court, Northern District of Texas, Plaintiffs' Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendants.

s/Noah D. Radbil
Noah D. Radbil
Texas Bar No. 24071015
Southern District Bar No. 1069583
WEISBERG AND MEYERS, LLC
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, TX 77002
Telephone:    (888) 595-9111 ext. 275
Facsimile:    (866) 565-1327
noah.radbil@attorneysforconsumers.com

*Attorneys for Plaintiffs*
ADAM AND MEGAN MCELROY

## **CERTIFICATE OF SERVICE**

I certify that on June 20, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court.

s/Noah D. Radbil<br>
Noah D. Radbil